EDUCATIONAL FILMS CORPORATION OF AMERICA v. INTERNATIONAL FILM SERVICE CO., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CHARLES FLEISCHER v. MACFADDEN NEWSPAPER PUBLISHING CORPORATION.- Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

PIO STERBINI v. THE CORPORATION OF THE ROYAL EXCHANGE ASSURANCE OF LONDON.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TRADE BANK OF NEW YORK v. UNITED STATES FIDELITY AND GUARANTY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

STEPHEN H. JACKSON v. PEARL PEGG, INC., and Others. In the Matter of the Application of MARY LAHL for an Order Vacating and Setting Aside the Order Discharging HERMAN HOFFMAN as Receiver of Rents, etc., of Premises 2015 Belmont Avenue, Bronx, and for Leave to Sue Said Receiver.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK by FRANCIS R. STODDARD, JR., Superintendent of Insurance of the State of New York, in the Matter of the NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY. TRANSATLANTIC SHIPPING CO., INC. (ERNEST MATTUTAT, Prop.). JAMES A. BEHA, Superintendent of Insurance, etc., as Liquidator, etc., v. TRANSATLANTIC SHIPPING CO., INC. (ERNEST MATTUTAT, Prop.).— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANKLIN LYNCH v. JOHN A. WEBER.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY A. REILLY v. AMERICAN MEAT & SUPPLY CO., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Petition of WILLIAM A. EVANS, as Executo , etc., of HERBERT P. BROWN, Deceased, to Compel WALSTON H. BROWN, as Executor, etc., of SARAH M. BROWN, Deceased, to Render and Settle His Accounts as Such Executor and Trustee.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEE DE FOREST v. THEODORE LUCE and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LEE DE FOREST v. THEODORE LUCE and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SAN DIEGO PACKING COMPANY v. NATHAN YOHALEM and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.